NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BECTON, DICKINSON AND COMPANY,**

*Plaintiff-Appellant*

**v.**

**BECKMAN COULTER, INC.,**

*Defendant-Appellee*

---

2022-1579

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-00833-CFC-JLH, Chief Judge Colm F. Connolly.

---

### **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2   BECTON, DICKINSON AND COMPANY v. BECKMAN COULTER, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

January 3, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** January 3, 2023